AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

--- OFFENSE CHARGED ---
See Attached

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

--- DEFENDANT - U.S. ---
▶ MICHAEL M. LEHMAN

**DISTRICT COURT NUMBER**
CR 07 0532 MAG

**PENALTY:**
Maximum Prison Term 6 Months
Maximum Fine $5,000
Mandatory Special Assessment $10

--- PROCEEDING ---
Name of Complaintant Agency, or Person (&Title, if any)

United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

--- DEFENDANT ---
**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ▶ 6/29/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) WENDY THOMAS

--- ADDITIONAL INFORMATION OR COMMENTS ---
**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1 | SCOTT N. SCHOOLS (SCBN 9990)
2 | United States Attorney

FILED
07 AUG -9 PM 4:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CR 07 0532 |
|---|---|
| Plaintiff, | VIOLATIONS: 36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle With a Blood Alcohol Content Over 0.08% (Class B Misdemeanor) |
| v. | |
| MICHAEL M. LEHMAN, | |
| Defendant. | |
| | SAN FRANCISCO VENUE |

MAG

## INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 4.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol

On or about June 29, 2007, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

MICHAEL M. LEHMAN,

did operate and was in actual physical control of a vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation of the vehicle, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

//

INFORMATION

COUNT TWO: 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle With a Blood Alcohol Content over 0.08%

On or about June 29, 2007, in the Northern District of California, within an area administered by the Presidio Trust, the defendant,

MICHAEL M. LEHMAN,

did operate and was in actual physical control of a motor vehicle while having at least 0.08 percent, by weight, of alcohol in his breath, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(2), a Class B Misdemeanor.

DATED: 8/9/07

SCOTT N. SCHOOLS
United States Attorney

GREGG W. LOWDER
Deputy Chief, Major Crimes Section

(Approved as to form: )
DEREK R. OWENS
Assistant United States Attorney

INFORMATION