```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    BRIAN J. STRETCH  (CABN 163973)
 3  Chief, Criminal Division

 4  WENDY THOMAS (NYBN 4315420)
    Special Assistant United States Attorney
 5

 6     450 Golden Gate Avenue
       San Francisco, California  94102
 7     Telephone: (415) 436-6809
       Facsimile: (415) 436-7234
 8     E-Mail: wendy.thomas@usdoj.gov

 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>   Plaintiff, )<br>  )<br>   v. )<br>  )<br>MICHAEL M. LEHMAN, )<br>  )<br>   Defendant. )<br>_____ ) | No. CR 07-00532 MAG<br><br>**NOTICE OF CHANGE OF COUNSEL** |

The United States Attorney's Office hereby files this Notice of Change of Counsel to advise the court that the assigned Assistant United States Attorney ("AUSA") for this case is Wendy Thomas. Future ECF notices should be sent to AUSA Thomas only at the

///
///
///
///
///

Case # CR 07-00532 MAG
NOTICE OF CHANGE OF COUNSEL

1  ///

2  email address of wendy.thomas@usdoj.gov.  AUSA Derek Owens should be removed

3  from the list of persons to be noticed.

4

5  DATED: August 15, 2007         Respectfully submitted,

6                                 SCOTT N. SCHOOLS
                                   United States Attorney
7

8                                           /S/
                                 _____
9                                WENDY THOMAS
                                 Assistant United States Attorney
10

Case # CR 07-00532 MAG
NOTICE OF CHANGE OF COUNSEL