CR 07 00532 JCS
USA v Michael Lehman



# NOTICE OF COMPLETION CERTIFICATE

**DL 101**


A Public Service Agency

FILED
2008 JAN 25 AM 11: 36
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. DIST. OF CA

| Field | Value |
|---|---|
| NAME (LAST, FIRST MIDDLE SUFFIX) | Lehman, Michael Marshal |
| BIRTHDATE | 06/14/1958 |
| DRIVER LICENSE NUMBER | N4410933 |
| ADDRESS (STREET) | 4217 Del Mar Ave |
| (CITY) | Carpinteria |
| (STATE) | CA |
| (ZIP CODE) | 03013 |

The above named individual has successfully completed a Driving-Under-the-Influence Program licensed by the California Department of Alcohol and Drug Programs to provide the following services: ☐ Education Component Only (23140 CVC Conviction)  ☑ 1st-Offender Program 03 months  Multiple Offender Program ☐ 12 months ☐ 18 months ☐ 30 months  ☐ Multiple Offender Program (IID restriction only) ___ months of ___ months

| Field | Value |
|---|---|
| DATE OF ENROLLMENT | 10/03/2007 |
| DATE OF COMPLETION | 01/17/2008 |
| VIOLATION DATE | 06/29/2007 |
| COURT CODE | |
| DOCKET NUMBER | Pending |
| PROGRAM NAME | Zona Seca |
| ADP LICENSE NUMBER | 4200301100 |
| PROGRAM ADDRESS (STREET) | 26 West Figueroa Street - 2nd Floor |
| (CITY) | Santa Barbara |
| (STATE) | CA |
| (ZIP CODE) | 93101 |

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | PARTICIPANT'S SIGNATURE | TELEPHONE NUMBER |
|---|---|---|
| 1/17/08 | X /signature/ | (805) 220-6138 |

| DATE | AUTHORIZED PROGRAM REPRESENTATIVE'S PRINTED NAME | AUTHORIZED PROGRAM REPRESENTATIVE'S SIGNATURE | TELEPHONE NUMBER |
|---|---|---|---|
| 01/17/2008 | Marco Quintanar | X /signature/ | (805) 963-8961 |

**INSTRUCTIONS TO PROVIDER:** Print the appropriate number of copies, apply the signatures (program representative and participant), retain a copy, and distribute to participant and court.

**NOTE:** Before a restriction is processed, Proof of Financial Responsibility and reissue fee payment must be received.

This Notice of Completion Certificate is a facsimile of electronically transmitted information. Any copy printed for court, participant or record keeping is not valid for DMV purposes.

DL 101 (REV. 6/2005) WWW

**UNIQUE ID#:** 42003011000117200809381IMQUINTANARN4410933DL101