01/31/2008 01:54 PM EDT

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | US V LEHMAN | | | | | | | |
| Case No. DCAN307CR000532 | | | | | | | | | | |
| 001 | MICHAEL LEHMAN | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611014994 | 2 | PR | 1,000.00 | 01/25/2008 |
| 001 | MICHAEL LEHMAN | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 34611014994 | 1 | PR | 10.00 | 01/25/2008 |
| | | | | | | Division Payment Total | | | 1,010.00 | |
| | | | | | | Grand Total | | | 1,010.00 | |

Page 1 of 1

*[Handwritten annotations:]* CR07-532

$ 10.00 SPECIAL ASSESSMENT PAID IN FULL   M 1-25-08

$ 1000.00 FINE PAID IN FULL   M 1-25-08